FILED

08/26/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0556

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
**DA 22-0556**

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

PITASKUMMAPI DAVID GREEN,

      Defendant and Appellant.

**ORDER**

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that the motion is GRANTED, and Appellant has until September 26, 2024, to file the reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 26 2024